**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1817**

EDDIE LAREECE PITTMAN,

              Plaintiff – Appellant,

        v.

HUNT CONSTRUCTION GROUP, (in care of CEO Robert G. Hunt), in
its official capacity,

              Defendant – Appellee,

        and

CHRIS ARMSTRONG, Manager for Hunt Project in Chapel Hill, in
his official capacity; BILLY STEWARD, Superintendent of Hunt
Project in Chapel Hill, in his official capacity,

              Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    James C. Dever III,
District Judge.   (4:07-cv-00001-D)

Submitted: January 15, 2009        Decided: January 21, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eddie LaReece Pittman, Appellant Pro Se.  Nicole A. Crawford,
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North

Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie LaReece Pittman appeals the district court's order denying relief on his civil action alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pittman v. Hunt Constr. Group, No. 4:07-cv-00001-D (E.D.N.C. June 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED